**RIO PROPERTIES, Plaintiff–Appellee,**

v.

**ARMSTRONG HIRSCH JACKOWAY TYERMAN & WERTHEIMER, Stewart Annoyances, Ltd., and Roderick Stewart, Defendants–Appellants.**

No. 03–15244.

United States Court of Appeals, Ninth Circuit.

Argued and Submitted March 11, 2004.

Decided March 29, 2004.

Kristina Pickering, Esq., Morris & Pickering, Las Vegas, NV, for Plaintiff–Appellee.

Louis R. Miller, Esq., Kerry Lynn Garvis, Esq., Christensen Miller Fink Jacobs Glaser Weil & Shapiro, LLP, Los Angeles, CA, Daniel F. Polsenberg, Esq., Beau Sterling, Esq., Beckley Singleton, Chtd., Las Vegas, NV, for Defendants–Appellants.

Before: B. FLETCHER and REINHARDT, Circuit Judges, and RESTANI,* Judge.

MEMORANDUM **

Because we reverse the district court's grant of summary judgment in favor of

---

Rio and remand this case for trial in No. 02–17402, we reverse the order awarding fees to Rio.

REVERSED.

---

* The Honorable Jane A. Restani, Chief Judge of the United States Court of International Trade, sitting by designation.

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as may be provided by Ninth Circuit Rule 36–3.

